USDC SCAN INDEX SHEET










```
JOEH    7/28/06    16:03
3:06-CV-01102   JOHNSON V. RASCOE
*13*
*NTCCSDISM.*
```

Floyd R. Brown, Esq. (CSB#32821)
LAW OFFICE OF FLOYD R. BROWN, APC
The Carlsbad Airport Plaza Building
5963 La Place Court, Suite 306
Carlsbad, California 92008
Tel: (760) 438-5998; Fax: (760) 438-7587
Attorney for the Plaintiff

**FILED**
JUL 28 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
Southern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| Glenn Dale Johnson | CASE NUMBER |
|---|---|
| Plaintiff(s), | 06 CV 1102 (BEN) (RBB) |
| v. | |
| David Harrison Rascoe, et al., | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: *(Check one)*

☒ This action is dismissed by the Plaintiff(s) in its entirety, without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

LAW OFFICE OF FLOYD R. BROWN, APC

July 10, 2006         By: /s/ Floyd Brown
Date                      Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

ENTERED ON 7/28/06

CV-9 (07/01)        NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 5963 La Place Court, Suite 306, Carlsbad, California 92008.

    On July 10, 2006    I served the following documents described:

Notice of Dismissal Pursuant to Rule 41(a)


[ ] BY PERSONAL SERVICE  I caused to be delivered such envelope to the persons designated on the attached service list

[ X ]  BY FACSIMILE SERVICE.  I transmitted the foregoing documents on Defendants by facsimile to the party(s) identified on the attached service list.

[ ] BY MAIL. I deposited such envelope in the mail at Carlsbad, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than (1) day after date of deposit for mailing in affidavit;

[ ] BY UPS OVERNIGHT SERVICE.  I caused to be delivered such envelope by UPS for next day delivery from Carlsbad, California to the offices of the addressee.  See attached service list.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

    Executed on July 10, 2006 at Carlsbad, California.

                                                   Mary Berarducci

Service List

Terry D. Ross, Esquire  Attorney for the Defendants
Stacey M. Garrett, Esquire
Elizabeth A. Logan, Esquire
Keesal, Young & Logan, APC
400 Oceangate, P. O. Box 1730
Long Beach, California 90801-1730